## COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name  ZACARIAS        MICHAEL       V
    (Last)          (First)        (Initial)

Prisoner Number  T-48382         S.V.S.P.

Institutional Address  P.O. BOX 705  WA-212
                      soledad  ca. 93960-0705

FILED
APR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 2182 PJH (PR)

MICHAEL V. ZACARIAS
(Enter the full name of the plaintiff in this action)

Case No. _____
(To be provided by the clerk of court)

vs.

C. BETANCOURT   P.G.DENNIS   W.COHEN
J.SARELI                      G.ORTIZ
BEN CURRY
D.N.McCALL
J.RIVERO
A.E ROBERTS

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

(Enter the full name of the defendant(s) in this action)

All questions on this complaint form must be answered in order for your action to proceed.

I. **Exhaustion of Administrative Remedies**

**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A.   Place of present confinement  CTF SOLEDAD STATE PRISON

B.   Is there a grievance procedure in this institution?
      YES ( X )    NO (   )

C.   Did you present the facts in your complaint for review through the grievance procedure?  YES( X )  NO (   )

1

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal CTF-S-07-03359
   BYPASSED

2. First formal level P.GRANTED

3. Second formal level P.GRANTED

4. Third formal level SENT TO SACRAMENTO 1-6-08 NEVER GOT THERE SOMBODY TAMPERED WITH THE MAIL!

E. Is the last level to which you appealed the highest level of appeal available to you? YES (X) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. _____

II. Parties

Write your name and your present address. Do the same for additional plaintiffs, if any.

A. MICHAEL V. ZACARIAS #T-48382
   P.O. BOX 705 WA-212
   SOLEDAD, CA 93960-0705

Write the full name of each defendant, his or her official position, and his or her place of employment.

B. P.G. DENNIS APPEALS COORDINATOR  CTF SOLEDAD STATE PRISON
C. BETANCOURT (CO) CTF SOLEDAD STATE PRISON
   J. SARELI  CAPTAIN CTF  SOLEDAD STATE PRISON
   BEN CURRY WARDEN CTF SOLEDAD STATE PRISON
D. N. McCALL  LT  CTF SOLEDAD STATE PRISON
   J. RIVERO  LT  CTF SOLEDAD STATE PRISON
A. E. ROBERTS CAPTAIN CTF NORTH SOLEDAD STATE PRISON
W. COHEN  CHIEF DEPUTY WARDEN NORTH CTF
G. ORTIZ ASSOCIATE WARDEN CTF

2

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

(CO) BETANCOURT DID NOT AND REFUSED TO LET ME GO TO MEDICAL EVEN WHEN I HAD A DUCAT PRIORITY ONE AT THAT THIS HAPPEND ON THE 15AUG2007
P.G.DENNIS IS THE APPEALS COORDINATOR AND HE WAS ABSTRUCTING JUSTICE ON NOT GETTING THE 602 BACK ON TIME WHEN IT WAS DUE.
D.N.McCALL AND J.RIVERO IS THE LT.TO THE YARD AND DID NOT DO ANYTHING TO CORRECT THE PROBLEM.
CAPTIN J.SARELI IS THE ONE INCHARGE OF THE B-YARD AND HE DID NOT DO ANYTHING TO CORRECT THE PROBLEM EITHER.
BEN CURRY IS THE WARDEN TO THE CTF SOLEDAD STATE PRISON AND HE IS THE THE ONE THAT OVERSEES EVERYTHING AND DID NOT DO ANYTHING IN CORRECTING THE ON GOING PROBLEM IT SEEMS TO ME THAT HE DOESNT CARE.
A.E. ROBERTS IS THE ONE THAT IS IN CHARGE OF ALL NORTH YARD AND HE HASENT DONE ANYTHING ABOUT THE PROBLEM AND ALWAYS IS GIVING US THE RUN AROUND
W.COHEN IS CHIEF DEPUTY WARDEN NOTH CTF HE JUST LOOKS THE OTHER WAY HE DONT CARE.
G.ORTIZ IS THE ASSOCIATE WARDEN CTF HES JUST LIKE THE REST HE DONT CARE ABOUT THE PROBLEM OR IT WOULD HAVE BEEN TAKEN CARE OF A LONG TIME AGO.

3

IV. <u>Relief</u>

 Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

<u>TO INVESTAGATE THE ON GOING CORRUPTION THAT IS GOING ON IN THE</u>
<u>ADMINISTRATION AND TO BRING THESES PEOPLE TO COURT SO I CAN PROSECUTE</u>
<u>THEM FOR DAMAGES.</u>
          THANK YOU
         MICHAEL V. ZACARIAS #T-48382

 I declare under penalty of perjury that the foregoing is true and correct.

Signed this __21__ day of __APRIL__, __2008__

_(Plaintiff's signature)_

(rev. 5/96)

4

(1983) FOR
CTF-S-07-03359

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015.5)

I, **MICHAEL V. ZACARIAS**, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

**M. ZACARIAS**, CDCR #: **T-48382**
CORRECTIONAL TRAINING FACILITY
P.O. BOX 705, CELL #: **WA-212**
SOLEDAD, CA 93960-0705

On **APRIL 21, 2008**, I served the attached:
**LEGAL MAIL TO (CO) J. RUSSELL AT 7:00 PM**

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows: **CLERK OF THE UNITED STATES COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE BOX 36060 SAN FRANCISCO, CA. 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on **4-21-08**.

_____
Declarant

M. ZACARIAS #T-46382
P.O. BOX 705 · WA-212
SOLEDAD CA 93960-0705

08-2182 pjh

LEGAL
CONFIDENTIAL
MAIL

CONFIDENTIAL



CLERK OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF
450 GOLDEN GATE AVENUE
BOX 36060
SAN FRANCISCO, CA
9410?





USA 41
USA 41