IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
APR 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS )
            Plaintiff, )
                      )   CASE NO. 08    2182
         v.           )
P.G.DENNIS    J.RIVERO )   PRISONER'S
C. BETANCOURT A.E.ROBERTS )   IN FORMA PAUPERIS
J.SARELI      W.COHEN )   APPLICATION
BEN CURRY              )
D.N.McCALL    Defendant. )
              G.ORTIZ  )

PJH (PR)

E-filing

I, MICHAEL V. ZACARIAS, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed?   Yes _____   No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

    2001 I WAS SELF EMPLOYED...

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment    Yes _____ No __X__

    b. Income from stocks, bonds, or royalties?    Yes _____ No __X__

    c. Rent payments?    Yes _____ No __X__

    d. Pensions, annuities, or life insurance payments?    Yes _____ No __X__

    e. Federal or State welfare payments, Social Security or other government source?    Yes _____ No __X__

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?    Yes _____ No __X__

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4. a. List amount you contribute to your spouse's support:

$ _____

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

| NONE |
|------|

5. Do you own or are you buying a home?    Yes _____ No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes _____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

2

7. Do you have a bank account? (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes _____ No __X__

Name(s) and address(es) of bank: _____
NONE
_____

Present balance(s): $ ___NONE_____

Do you own any cash? Yes _____ No __X__ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _____ No __X__

8. What are your monthly expenses?

Rent: $ ___NONE_____ Utilities: _____

Food: $ ___NONE_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| NONE | $ _____ | $ _____ |
| NONE | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.)

I OWE THE COURTS $788.00

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4·21·08
DATE

_____
SIGNATURE OF APPLICANT

Case Number:_____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

<u>MICHAEL V. ZACARIAS</u>     for the last six months at
[prisoner name]

<u>CTF SOLEDAD STATE PRISON</u>     where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>0</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>0</u>.

Dated:_____     _____
                     Authorized officer of the institution

4