1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7    MICHAEL V. ZACARIAS,

8                    Plaintiff,                    No. C 08-2182 PJH (PR)

9        vs.                                    **ORDER EXTENDING TIME TO
                                                COMPLETE APPLICATION TO**
10   Mr. KESSLER, et al.,                       **PROCEED IN FORMA
                                                PAUPERIS**
11                   Defendants.
                                    /
12

13        Plaintiff's letter asking for more time to file a complete his in forma pauperis

14   application (document 5 on the docket) is **GRANTED**.  Plaintiff shall file the missing

15   certificate of funds and copy of his prisoner account transactions by July 7, 2008.

16        Plaintiff has also filed a  "Motion to Grant CTF to Give Me Copies of My Trust

17   Account for Six Months and for it to Be Certif[ied] from the CTF Prison."  Because he has

18   been transferred to another prison, the (document number 3) is **DENIED** as moot.

19        **IT IS SO ORDERED.**

20   Dated:  June 17, 2008.                    _____
                                                       PHYLLIS J. HAMILTON
21                                                  United States District Judge

22

23

24

25

26

27

28   G:\PRO-SE\PJH\CR.08\ZACARIAS2182.EXT-IFP.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


MICHAEL V ZACARIAS,

              Plaintiff,

  v.

P G DENNIS et al,

              Defendant.

_____/

Case Number: CV08-02182 PJH

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael V Zacarias T-48382
Dorm 205 47L
P.O. Box 3535
Norco, CA 92860-0991

Dated: June 17, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk