UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V. ZACARIAS,

        Plaintiff,

vs.

P. G. DENNIS, et al.,

        Defendants.

No. C 08-2182 PJH (PR)

**ORDER OF DISMISSAL**

This pro se civil rights action was filed on April 28, 2008. On that same day the court notified plaintiff that his application for leave to proceed in forma pauperis ("IFP") was deficient because he had omitted page five of the form, the "Certificate of Funds in Inmate Account," and had not provided the printout of transactions in his inmate account required by 28 U.S.C. § 1915(a)(2). A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or remedy the deficiencies of his IFP application within thirty days the case would be dismissed.

In response, plaintiff wrote a letter to the court which was treated as a request for more time. Although the court granted the motion and extended the time to remedy the IFP deficiencies to July 7, 2008, plaintiff has not done so. Therefore, leave to proceed in forma pauperis (document 2 on the docket) is **DENIED** and this case is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July 24, 2008.

                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge

G:\PRO-SE\PJH\CR.08\ZACARIAS2182.DSM-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL V ZACARIAS,

        Plaintiff,

  v.

P G DENNIS et al,

        Defendant.

Case Number: CV08-02182 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael V Zacarias T-48382
Dorm 205 47L
P.O. Box 3535
Norco, CA 92860-0991

Dated: July 24, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk